E-FILED
Wednesday, 22 December, 2021  11:41:08 AM
Clerk, U.S. District Court, ILCD

AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois



FILED

DEC 15 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Information Associated with the Google Account ID: 675094516087Associated
with the Email Address: ac52858@gmail.com and the Additional Email Address:
ac52858monty@gmail.com that is stored at premises controlled by Google LLC
AND Google Payment Corporation more particularly described on Attachment A

)
)
)
)
)
)

Case No. 21-MJ- **7150**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Information Associated with the Google Account ID: 675094516087Associated with the Email Address: ac52858@gmail.com and the Additional Email Address: ac52858monty@gmail.com that is stored at premises controlled by Google LLC AND Google Payment Corporation more particularly described on Attachment A

located in the _____Central_____ District of _____Illinois_____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Sexual Exploitation of a Minor; | 18 U.S.C. §2251(a); |
| Enticement of a Minor; | 18 U.S.C. §2422(b); and, |
| Destruction, Alteration, or Falsification of records in Federal Investigations | 18 U.S.C. §1519 |

The application is based on these facts:

See Affidavit of Special Agent Eric Thomas, Federal Bureau of Investigations

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Eric Thomas

*Applicant's signature*

Special Agent Eric Thomas, FBI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____telephone_____ *(specify reliable electronic means).*

s/Eric I. Long

Date: ____12/14/2021____

*Judge's signature*

City and state: Urbana, Illinois

Eric I. Long, Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION



IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
THE GOOGLE ACCOUNT ID:
675094516087 ASSOCIATED WITH THE
EMAIL ADDRESS: ac52858@gmail.com
AND THE ADDITIONAL EMAIL
ADDRESS: ac52858monty@gmail.com
THAT IS STORED AT PREMISES
CONTROLLED BY GOOGLE LLC **AND**
GOOGLE PAYMENT CORPORATION

Case No. 21-MJ-7150

**Filed Under Seal**

FILED

DEC 1 5 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Eric Thomas, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant for

information associated with certain accounts that are stored at premises owned,

maintained, controlled, or operated by Google LLC **AND** Google Payment Corporation

("Google"), an electronic communications service and/or remote computing service

provider headquartered at 1600 Amphitheater Parkway, Mountain View, California.

The information to be searched is described in the following paragraphs and in

Attachment A.  This affidavit is made in support of an application for a search warrant

under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Google to disclose

to the government copies of the information (including the content of communications)

further described in Section I of Attachment B.  Upon receipt of the information

described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the Springfield, Illinois, Division, Champaign Resident Agency.  I have been employed as a Special Agent for the FBI since January 2019.  As part of my duties, I investigate violations of federal law relating the online exploitation of children, including violations pertaining to the illegal possession, receipt, transmission, and production of material depicting the sexual exploitation of minors. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3.      This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of **Sexual Exploitation of a Minor (18, U.S.C. § 2251(a)), Enticement of a Minor (18 U.S.C. §  2422(b)), and Destruction, Alteration, or Falsification of records in Federal Investigations (18 U.S.C. § 1519)** have been committed by ANMOL CHUGH. There is also probable cause to

2

search the information described in Attachment A for evidence, instrumentalities,

contraband, and/or fruits of these crimes further described in Attachment B.

## JURISDICTION

5.      This Court has jurisdiction to issue the requested warrant because it is "a

court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a),

(b)(1)(A), & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . .

that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).]

## PROBABLE CAUSE

6.      On February 14, 2020, an FBI Special Agent, acting in authorized

undercover capacity, was operating a profile on a popular online dating/chatting

application. The profile being operated was named "Bailey" and it displayed an age of

eighteen (18) years old. The profile picture displayed a picture of a female with blond

hair.

7.      On February 14, 2020, a profile with the name "Samic" initiated a message

conversation with the FBI Special Agent's Online Covert Employee (OCE) profile. The

profile pictures showed a picture of a dark-skinned male, possibly of Indian descent,

wearing a white shirt with a hooded jacket and a blue hat and sunglasses while looking

at the engine of a blue car. The OCE responded to the initial message, and a short time

later, this excerpt of conversation occurred:

| | |
|---|---|
| **Samic:** | **How old are you?** |
| OCE: | At least if your cute lol. |
| **Samic:** | (Sends picture of himself with sunglasses) |
| OCE: | One five. |

3

| | |
|---|---|
| OCE: | Damn!!!! Your hot |
| **Samic:** | **Lol thank you** |
| OCE: | You have Kik? |
| **Samic:** | **No I hv kik** |
| **Samic:** | **No I don't have kik** |
| OCE: | Text? |
| **Samic:** | **May I see your pic** |
| **Samic:** | **3122483974** |
| OCE: | I'll text you after school. Don't ghost me lol. |
| **Samic:** | **No I won't. What time do you think you will be free?** |
| OCE: | Around 5 |
| **Samic:** | **Ok I will be ready around 5** |

8.     At that time, the OCE used the phone number provided to begin corresponding with the subject by text message, and the following excerpt of conversation occurred:

| | |
|---|---|
| OCE: | mom is leaving soon;. What you want to do |
| **Samic:** | **Anything you like to do.. (two face emojis)** |
| **Samic:** | **How old are you?** |
| OCE: | 15 you? |
| **Samic:** | **Oh you are very young** |
| **Samic:** | **I'm 28** |

(Conversation continued)

| | |
|---|---|
| **Samic:** | **Should I come at Armstrong** |
| OCE: | Should I shave? lol |
| **Samic:** | **May I see? (Face emoji)** |
| OCE: | haha. You really want to now or should I shave first |
| OCE: | ??? |
| **Samic:** | **You can show me now** |
| **Samic:** | **Then I say if you need shave or not** |
| **Samic:** | **Lol** |

4

9.      The conversation continued with both casual and sexual discussion. Soon after, the subject again brought up the topic of meeting. The OCE responded in the affirmative, and a conversation ensued regarding planning a meet up time and location. A meeting was tentatively set for a Circle K in Bradley, Illinois. The subject suggested that it occur at 6:15p.m. The subject to then changed the location to the Hoppy Pig, a pub/restaurant in Bradley, Illinois. It appeared that the target was engaging in counter surveillance measures and the OCE told the target that the purported minor was going home to, a predetermined location in Bradley, Illinois. The subject agreed to meet the minor profile at her residence.

10.     As the conversation continued, the following excerpt occurred:

OCE:        (Sends photo of sweatpants pulled down revealing underwear)
**Samic:        Mmmm**
OCE:        sorry I chickened out. Ive got to know I can trust you before I send more
**Samic:        Yes go ahead**

(Conversation continued)

**Samic:        Remove that and see what comes out lol**
OCE:        you would like that
**Samic:        Pleaseeeeeee (two face emojis)**

(Conversation continued)

OCE:        send me a pic showing me something
**Samic:        What do you want to see?**
OCE:        anything
OCE:        lol
**Samic:        (Sends picture of erect penis)**

5

Samic:          Now its your turn

11.       Based on my training and experience, this comment means the subject was asking for a picture of the OCE's minor profile's genital area.

12.       In total, the conversations via the dating application and text message took place between 1:19 p.m. on February 14, 2020 and 6:54 p.m. on February 14, 2020. On at least four different occasions, the subject asked for the OCE's minor profile to take a picture of her genital area.

13.       On February 14, 2020, the FBI, with assistance from the Kankakee Sheriff's Office, conducted an operation in which the subject believed he would be meeting a fifteen year old girl at a predetermined location in Bradley, Illinois for a sexual encounter. The OCE maintained text message contact with the subject during this time period and surveillance personnel observed a vehicle arrive in the area and park across the street of the pre-determined location in Bradley, Illinois. The OCE texted, "(address of predetermined location). is that you out front," and the subject responded, "Come out."

14.       At that time, law enforcement made contact with the subject and took him into custody and an interview was attempted at the predetermined location. FBI personnel used law enforcement investigative tools, databases, and a driver license to identify the subject as CHUGH. CHUGH declined to be interviewed.

15.       Law enforcement personnel obtained a driver license photo on file with the State of Illinois, and this photo was consistent with photos that the subject had posted on the dating application, as well as sent via text message.

6

16.     Agents located  One Samsung Galaxy S9 cell phone and purple case. Agents towed CHUGH's vehicle and during the inventory of the vehicle located the following items in the subject's blue Ford Fiesta vehicle:

a.     One Lover's Lane receipt for $167.76 at 11:34 am on February 14, 2020.

b.     One Apollo Alpha Stroker 2 (male sexual stroking device).

c.     One unboxed pocket pussy.

d.     One Love Club coupon book.

e.     One container of Hydra Natural Glide.

f.     One container of Anti-Bacterial Foaming Toy Cleaner.

g.     One container of Ultraskyn Refresh Powder.

h.     One Alcatel Onetouch electronic device.

i.     One iPhone model A1453 and white case.

17.     I know, based on my training and experience that individuals using dating applications, such as the one in this investigation, use their mobile phones to communicate with others and evidence of such communications is typically stored on the device they used.

18.     On February 15, 2020, U.S. Magistrate Judge Eric Long authorized the search of the three devices seized from CHUGH when he was arrested. .

19.     On February 15, 2020, at approximately 9:00pm in Bradley, Illinois, FBI Special Agent Kurt Bendoraitis used a Celebrite device in an effort to extract the contents of CHUGH's telephone, black Samsung Galaxy S9, IMEI 354267097676628 with purple

7

case. Upon attempting the extraction, FBI Special Agent Kurt Bendoraitis learned that the phone had been factory reset, and no information could be obtained.

20.     On March 23, 2020, FBI Special Agent Michael Carter received a disc from Detective Brooke Payne from the Kankakee County Sheriff's Office (KCSO) containing recorded jail calls of CHUGH. The disc contained recorded jail calls that were placed by CHUGH within approximately 24 hours of being taken into custody.

21.     While Chugh was in the Kankakee jail, he made a series of telephone calls. At approximately 9:30 p.m. on February 14, 2020, he called his wife, K.C., told her he was arrested and the arrest involved "a girl and some texts." K.C. identified the Samsung S9 phone as device Chugh has had for a year and uses with regularity on various social media and dating platforms.

22.     Chugh also spoke to an unidentified male in another language later identified as Punjabi, an Indo-Aryan language spoken by the Punjabi people, native to the Punjab region of Pakistan and India.[1] During those conversations, Chugh provided the male with his Google play email and password and instructed the male to reset his device, "[e]ither you, or tell Vishu to *reset* everything. They have my *phone*. I think they will get *permission* by Tuesday or Wednesday to open the phone; they do not have it yet." (emphasis noted by translator). The unidentified male expressed reluctance to tamper with evidence indicating that he had spoken to Chugh's wife and was concerned that law

_____

[1] The United States obtained translations of these jail calls from Punjabi to English.

enforcement seized the phone "as evidence." The male further hesitated and stated that if they "mess with it" that could constitute "a felony." Chugh responded, "Tell my brother Vishu. He will do it from India."

23. On November 24, 2021, an administrative subpoena was submitted to Google referencing CHUGH's identifiers.

24. On November 29, 2021, the FBI Digital Evidence Laboratory confirmed that on February 15, 2020 at 2:55 p.m., CHUGH's black Samsung Galaxy S9, IMEI 354267097676628 with purple case was factory reset and restored and the factory applications on the device were restored to their original settings.

25. Additionally, on November 29, 2021, the FBI Digital Evidence Laboratory was unable to obtain an extraction on the Alcatel Onetouch electronic device, that was seized from CHUGH subsequent to his arrest. As a result, this device could not be reviewed.

26. On December 2, 2021, Veronica Rushing, Account Manager with Securus Technologies, Inc., the service provider for the Kankakee County jail's inmate jail calls, confirmed that jail call referenced above occurred on February 15, 2020 at 9:54 p.m. central time and lasted for seven minutes and 21 seconds. The call was to telephone number 408-705-7842, assigned to subscriber Prikshit Gupta, 795 Watson Canyon Court, Apt. 154, San Ramon, California.

27. On December 6, 2021, SA Thomas and SA Gerrity identified the Unknown Male (UM) as Prikshit Gupta (Gupta) and interviewed him at his residence 1514

Northfield Meadows Boulevard, Unit 3, Bourbonnais, Illinois. Gupta recalled the

telephone call with CHUGH where CHUGH gave Gupta passwords and directions and

wanted Gupta to reset CHUGH's telephone. Gupta recalled CHUGH telling him to give

the information to Vishu Last Name Unknown (LNU), CHUGH's brother who lived in

Punjab, India, but Gupta stated that he did not give the information to Vishu LNU.

Gupta knew that he would have gotten in a lot of trouble if he assisted CHUGH in

resetting CHUGH's telephone, so he did not.

28.     On December 7, 2021, SA Thomas received administrative subpoena

results from Google regarding Google Subscriber information associated with

CHUGH's identifiers. Google Account ID: 675094516087 and e-mail account:

ac52858@gmail.com.

29.     On December 7, 2021, SA Thomas utilized Cellebrite Reader 7.45.1.2 to

review the extraction of the iphone model A1453 and white case that was seized from

CHUGH subsequent to his arrest. The following e-mail accounts were listed under user

accounts: ac52858@gmail.com and ac52858monty@gmail.com.

30.     To date, FBI Agents have not identified how CHUGH's black Samsung

Galaxy S9, IMEI 354267097676628 with purple case was factory reset. There is probable

cause to believe that the search of CHUGH's accounts will provide evidence of

CHUGH's communications with the OCE's undercover profile and information on how

CHUGH's black Samsung Galaxy S9, IMEI 354267097676628 with purple case was

factory reset, including specifically when a factory reset signal was sent to the device and the IP address that sent the factory reset signal.

## BACKGROUND CONCERNING GOOGLE[2]

31.　　Google is a United States company that offers to the public through its Google Accounts a variety of online services, including email, cloud storage, digital payments, and productivity applications, which can be accessed through a web browser or mobile applications. Google also offers to anyone, whether or not they have a Google Account, a free web browser called Google Chrome, a free search engine called Google Search, a free video streaming site called YouTube, a free mapping service called Google Maps, and a free traffic tracking service called Waze. Many of these free services offer additional functionality if the user signs into their Google Account.

32.　　In addition, Google offers an operating system ("OS") for mobile devices, including cellular phones, known as Android. Google also sells devices, including laptops, mobile phones, tablets, smart speakers, security cameras, and wireless routers. Users of Android and Google devices are prompted to connect their device to a Google Account when they first turn on the device, and a Google Account is required for certain functionalities on these devices.

_____

[2]　　The information in this section is based on information published by Google on its public websites, including, but not limited to, the following webpages:  the "Google legal policy and products" page available to registered law enforcement at lers.google.com; product pages on support.google.com; or product pages on about.google.com.

33.     Signing up for a Google Account automatically generates an email address at the domain gmail.com. That email address will be the log-in username for access to the Google Account.

34.     Google advertises its services as "One Account. All of Google working for you." Once logged into a Google Account, a user can connect to Google's full suite of services offered to the general public, described in further detail below. In addition, Google keeps certain records indicating ownership and usage of the Google Account across services, described further after the description of services below.

35.     The contents of all records associated with the account in Google Drive (including Docs, Sheets, Forms, and Slides) and Google Keep, including: files, folders, media, notes and note titles, lists, applications, and other data uploaded, created, stored, or shared with the account including drafts and deleted records; third-party application data and backups; SMS data and device backups; the creation and change history of each record; accounts with access to or which previously accessed each record; any location, device, other Google service (such as Google Classroom or Google Group), or third party application associated with each record; and all associated logs, including access logs and IP addresses, of each record.

36.     Google integrates its various services to make it easier for Google Accounts to access the full Google suite of services. For example, users accessing their Google Account through their browser can toggle between Google Services via a toolbar displayed on the top of most Google service pages, including Gmail and Drive.

Google Hangout, Meet, and Chat conversations pop up within the same browser window as Gmail. Attachments in Gmail are displayed with a button that allows the user to save the attachment directly to Google Drive. If someone shares a document with a Google Account user in Google Docs, the contact information for that individual will be saved in the user's Google Contacts. Google Voice voicemail transcripts and missed call notifications can be sent to a user's Gmail account. And if a user logs into their Google Account on the Chrome browser, their subsequent Chrome browser and Google Search activity is associated with that Google Account, depending on user settings.

37.     When individuals register with Google for a Google Account, Google asks users to provide certain personal identifying information, including the user's full name, telephone number, birthday, and gender. If a user is paying for services, the user must also provide a physical address and means and source of payment.

38.     Google typically retains and can provide certain transactional information about the creation and use of each account on its system. Google captures the date on which the account was created, the length of service, log-in times and durations, the types of services utilized by the Google Account, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via Google's website or using a mobile application), details about the devices used to access the account, and other log files that reflect usage of the account. In addition, Google keeps records of the Internet Protocol ("IP")

13

addresses used to register the account and accept Google's terms of service, as well as

the IP addresses associated with particular logins to the account. Because every device

that connects to the Internet must use an IP address, IP address information can help to

identify which computers or other devices were used to access the Google Account.

39.    Google maintains the communications, files, and associated records for

each service used by a Google Account on servers under its control. Even after a user

deletes a communication or file from their Google Account, it may continue to be

available on Google's servers for a certain period of time.

40.    All activity relating to Google Play, including: downloaded, installed,

purchased, used, and deleted applications, details of the associated device and Android

ID for each application, medium, or file; payment transactions; user settings; and all

associated logs, including IP addresses, timestamps, and change history. Additionally,

all activity including, but not limited to, the following services: Android, Gmail, Google

Calendar, Google Chrome Sync, Google Docs, Good Drive, and Google Hangouts.

41.    In my training and experience, evidence of who was using a Google

account and from where, and evidence related to criminal activity of the kind described

above, may be found in the files and records described above.  This evidence may

establish the "who, what, why, when, where, and how" of the criminal conduct under

investigation, thus enabling the United States to establish and prove each element or,

alternatively, to exclude the innocent from further suspicion.

42.     Based on my training and experience, messages, emails, voicemails, photos, videos, documents, and internet searches are often created and used in furtherance of criminal activity, including to communicate and facilitate the offenses under investigation.  Thus, stored communications and files connected to a Google Account may provide direct evidence of the offenses under investigation.

43.     In addition, the user's account activity, logs, stored electronic communications, and other data retained by Google can indicate who has used or controlled the account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, subscriber information, email and messaging logs, documents, and photos and videos (and the data associated with the foregoing, such as geo-location, date and time) may be evidence of who used or controlled the account at a relevant time.  As an example, because every device has unique hardware and software identifiers, and because every device that connects to the Internet must use an IP address, IP address and device identifier information can help to identify which computers or other devices were used to access the account.  Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation.

44.     Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation.  For example, information on the account may indicate the owner's motive and intent to commit a

crime (*e.g.,* information indicating a plan to commit a crime), or consciousness of guilt

(*e.g.,* deleting account information in an effort to conceal evidence from law

enforcement).

45.     Other information connected to the use of a Google account may lead to

the discovery of additional evidence.  For example, the apps downloaded from the

Google Play store may reveal services used in furtherance of the crimes under

investigation or services used to communicate with co-conspirators.  In addition,

emails, instant messages, Internet activity, documents, and contact and calendar

information can lead to the identification of co-conspirators and instrumentalities of the

crimes under investigation.

46.     Therefore, Google's servers are likely to contain stored electronic

communications and information concerning subscribers and their use of Google

services.  In my training and experience, such information may constitute evidence of

the crimes under investigation including information that can be used to identify the

account's user or users.

## CONCLUSION

47.     Based on the forgoing, I request that the Court issue the proposed search

warrant.

48.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer

is not required for the service or execution of this warrant.  The government will

execute this warrant by serving the warrant on Google.  Because the warrant will be

served on Google, who will then compile the requested records at a time convenient to

it, reasonable cause exists to permit the execution of the requested warrant at any time

in the day or night.

### REQUEST FOR SEALING

49.    It is respectfully requested that this Court issue an order sealing, until

further order of the Court, all papers submitted in support of this application, including

the application and search warrant.  I believe that sealing this document is necessary

because the warrant is relevant to an ongoing investigation into the criminal

organizations as not all of the targets of this investigation will be searched at this time.

Based upon my training and experience, I have learned that, online criminals actively

search for criminal affidavits and search warrants via the internet, and disseminate

them to other online criminals as they deem appropriate, i.e., post them publicly online

through the carding forums.  Premature disclosure of the contents of this affidavit and

related documents may have a significant and negative impact on the continuing

investigation and may severely jeopardize its effectiveness.

Respectfully submitted,

Eric Thomas
Special Agent
Federal Bureau of Investigation

17

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic mail and telephone on December _15_, 2021.

s/Eric I. Long

Honorable Eric I. Long
UNITED STATES MAGISTRATE JUDGE

18

## **ATTACHMENT A**

### **Property to Be Searched**

This warrant applies to information associated with GOOGLE ACCOUNT ID:

675094516087 ASSOCIATED WITH THE EMAIL ADDRESS: ac52858@gmail.com AND

THE ADDITIONAL EMAIL ADDRESS: ac52858monty@gmail.com ("the Accounts")

that are stored at premises owned, maintained, controlled, or operated by Google LLC

AND Google Payment Corporation a company headquartered at 1600 Amphitheatre

Parkway, Mountain View, CA 94043.

2

## ATTACHMENT B

### Particular Things to be Seized

I. **Information to be disclosed by Google LLC AND Google Payment Corporation ("Google")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Google, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on December 7, 2021 with the Google Reference Number 9404268, Google is required to disclose to the government for each account or identifier listed in Attachment A the following information, unless otherwise indicated:

a. All business records and subscriber information, in any form kept, pertaining to the Account, including:

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and email addresses, including alternate and recovery email addresses);

3. Telephone numbers, including SMS recovery and alternate sign-in numbers;

4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions, including log-in IP addresses;

5. Telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network address,

SMS recovery numbers, Google Voice numbers, and alternate sign-in numbers

6.     Length of service (including start date and creation IP) and types of service utilized;

7.     Means and source of payment (including any credit card or bank account number); and

8.     Change history.

b.     All device information associated with the Account, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;

c.     Records of user activity for each connection made to or from the Account(s), including, for all Google services, the date, time, length, and method of connection, data transfer volume, user names, source and destination IP address, name of accessed Google service, and all activity logs

Google is hereby ordered to disclose the above information to the government within 14

DAYS of issuance of this warrant.

2

II.     **Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence, and/or instrumentalities of violations of **Sexual Exploitation of a Minor (18, U.S.C. § 2251(a)), Enticement of a Minor (18 U.S.C. § 2422(b)), and Destruction, Alteration, or Falsification of records in Federal Investigations (18 U.S.C. § 1519)**, those violations involving ANMOL CHUGH and occurring after February 14, 2020, including, for each Account or identifier listed on Attachment A, information pertaining to the following matters:

a.     Evidence of communication with known, potential and/or suspected underage minors and minor profiles.

b.     Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the email account owner;

c.     Evidence indicating the Account owner's state of mind as it relates to the crime under investigation;

d.     The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s).

e.     Evidence of wiping, factory resetting, and/or rebooting the Account.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to

3

this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the

custody and control of attorneys for the government and their support staff for their

independent review.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.  I am employed by Google LLC **AND** Google Payment Corporation ("Google"), and my title is

_____.  I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved.  I state that the records attached hereto are true duplicates of the original records in the custody of Google.  The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**.  I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Google, and they were made by Google as a regular practice; and

b. such records were generated by Google's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Google in a manner to ensure that they are true duplicates of the original records; and

2.      the process or system is regularly verified by Google, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____    _____

Date                                              Signature