IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
DEC 15 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| Information Associated with the Google Account ID: 675094516087 Associated with the Email Address: ac52858@gmail.com and the Additional Email Address: ac52858monty@gmail.com that is stored at premises controlled by Google LLC AND Google Payment Corporation more particularly described on Attachment A | Case No.21-MJ- 7150<br><br>Filed Under Seal |

### APPLICATION FOR ORDER COMMANDING
### GOOGLE LLC AND GOOGLE PAYMENT CORPORATION
### NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF A SEARCH WARRANT

The United States requests that the Court order Google LLC AND Google Payment Corporation not to notify any person (including the subscribers or customers of the account(s) listed in the search warrant) of the existence of the attached search warrant for **180 days** from the date of the attached Order.

Google LLC AND Google Payment Corporation is an online storage medium on the internet accessed from a computer or electronic storage device. Pursuant to 18 U.S.C. § 2703, the United States obtained the attached search warrant, which requires Google LLC AND Google Payment Corporation to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the attached search warrant relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b). Some of the evidence in this investigation is stored electronically. If alerted to the existence of the search warrant, the subjects under investigation could destroy that evidence, including information saved to their personal computers.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Google LLC AND Google Payment Corporation not to disclose the existence or content of the attached search warrant for **180 days** from the date of the attached Order, except that Google LLC AND Google Payment Corporation may disclose the attached search warrant to an attorney for Google LLC AND Google Payment Corporation for the purpose of receiving legal advice.

The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to

all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Executed on the 13th day of December, 2021.

>Gregory K. Harris
>United States Attorney
>
>s/Elly M. Peirson
>Assistant United States Attorney
>IL Bar No. 6298075
>201 S. Vine Street, Suite 226
>Urbana, Illinois 61802
>Telephone: (217) 373-5875
>elly.peirson@usdoj.gov