E-FILED
Wednesday, 22 December, 2021 11:43:48 AM
Clerk, U.S. District Court, ILCD

FILED
DEC 15 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| Information Associated with the Google Account ID: 675094516087 Associated with the Email Address: ac52858@gmail.com and the Additional Email Address: ac52858monty@gmail.com that is stored at premises controlled by Google LLC AND Google Payment Corporation more particularly described on Attachment A | Case No. 21-MJ- 7150<br><br>Filed Under Seal |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google LLC AND Google Payment Corporation, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the search warrant) of the existence of the attached search warrant until **180 days** from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google LLC AND Google Payment Corporation shall not disclose the existence of the attached search

warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of **180 days** from the date of this Order, except that Google LLC AND Google Payment Corporation may disclose the attached search warrant to an attorney for Google LLC AND Google Payment Corporation for the purpose of receiving legal advice.

    IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

s/Eric I. Long

12/15/2021
Date

Eric I. Long
United States Magistrate Judge