AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois



FILED
DEC 21 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

In the Matter of the Search of                      )
*(Briefly describe the property to be searched*     )
*or identify the person by name and address)*       )   Case No. 21-MJ- 7150
Information Associated with the Google Account ID:  )
675094516087 Associated with the Email Address: ac52858@gmail.com )
and the Additional Email Address: ac52858monty@gmail.com that is stored )
at premises controlled by Google LLC AND Google Payment Corporation )
more particularly described on Attachment A         )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the     Central     District of     Illinois    
*(identify the person or describe the property to be searched and give its location)*:

Information Associated with the Google Account ID: 675094516087 Associated with the Email Address: ac52858@gmail.com and the Additional Email Address: ac52858monty@gmail.com that is stored at premises controlled by Google LLC AND Google Payment Corporation more particularly described on Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before     December 28, 2021     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     Eric I. Long    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___.

Date and time issued:  12/15/2021; 1:07 pm          s/Eric I. Long
                                                    *Judge's signature*

City and state:  Urbana, Illinois          Eric I. Long, United States Magistrate Judge
                                           *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 21-MJ-7150 | Date and time warrant executed: 12/15/21 at approx: 4:11 p.m. | Copy of warrant and inventory left with: Google Law Enforcement Portal |
| Inventory made in the presence of: Google Law Enforcement Portal | | |
| Inventory of the property taken and name(s) of any person(s) seized: Information pertaining to Google Account ID: 675094516087 and email addresses: ac52858@gmail.com and ac52858monty@gmail.com, as further described in Attachment B. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

s/Eric Thomas

Date: 12/20/21

Executing officer's signature

Eric Thomas FBI Special Agent
Printed name and title